JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWINA BAILEY, individually,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #358; KATIE WILSON; THERISA RIDENOUR; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:20-cv-00328-JAD-VCF<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE SO THAT THE PARTIES CAN PARTICIPATE IN PRIVATE <u>MEDIATION ON MAY 11, 2021</u>** |

The Court ordered a Settlement Conference for April 16, 2021, at 10:00 a.m. by videoconference.[1]

With the Court's permission, the parties would like to participate in private mediation in place of the scheduled Settlement Conference.

If allowed by the Court, the private mediation is scheduled to occur on May 11, 2021, at 9:00 a.m. with the Honorable Stewart Bell (Ret.) at JAMS.

/ / /

/ / /

---

[1] ECF No. 49.

CLAC 6224930.1

IT IS HEREBY STIPULATED AND AGREED by and between R. TODD TERRY, ESQ. of CHRISTIANSEN LAW OFFICES, Attorneys for Plaintiff, EDWINA BAILEY, and GREGORY A. KRAEMER, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the Settlement Conference scheduled for April 16, 2021, be vacated, and the parties will attend private mediation on May 11, 2021.

Respectfully submitted this 10th day of March, 2021.

| CHRISTIANSEN LAW OFFICES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ R. Todd Terry | /s/ Gregory A. Kraemer |
| R. TODD TERRY, ESQ. | GREGORY A. KRAEMER, ESQ. |
| Nevada Bar No. 6519 | Nevada Bar No. 010911 |
| 810 South Casino Center Boulevard | 3016 West Charleston Boulevard -Suite 195 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| (702) 240-7979 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| EDWINA BAILEY | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS HEREBY ORDERED that the parties must file a joint status report regarding settlement on or before May 15, 2021.

The settlement conference scheduled for April 16, 2021, is VACATED.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-10-2021

CLAC 6224930.1