# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EDWINA BAILEY,<br><br>        Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #358; KATIE WILSON; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>        Defendants. | 2:20-cv-00328-JAD-VCF<br><br>**ORDER** |

Before the Court is the Joint Status Report Regarding Settlement (ECF NO. 55).

Accordingly,

IT IS HEREBY ORDERED the Joint Pretrial Order must be filed on or before June 16, 2021.

DATED this 17th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE