JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWINA BAILEY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #358; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00328-JAD-VCF<br><br>**STIPULATION TO EXTEND DATE FOR FILING THE JOINT PRE TRIAL ORDER** |

WHEREAS, Defense counsel has prepared an initial draft of the Joint Pre Trial Order but the parties need additional time to complete the document and ensure that it is complete;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 5606439.1

1   IT IS HEREBY STIPULATED AND AGREED by and between R. TODD TERRY ESQ. of, CHRISTIANSEN LAW OFFICES, Attorneys for Plaintiff, EDWINA BAILEY, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. that the date for filing the Joint Pre Trial Order be extended from June 16, 2021 until Friday, June 25, 2021.

Respectfully submitted this 16th day of June, 2021.

| CHRISTIANSEN LAW OFFICES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ /Keely A. Perdue | /s/ Jerry S. Busby |
| R. TODD TERRY, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 006519 | Nevada Bar No. 001107 |
| KEELY A. PERDUE, ESQ. | 3016 West Charleston Boulevard - Suite 195 |
| Nevada Bar No. 13931 | Las Vegas, Nevada 89102 |
| 710 South Seventh Street | (702) 366-1125 |
| Las Vegas, Nevada 89101 | Attorneys for Defendant |
| (702) 240-7979 | SMITH'S FOOD & DRUG CENTERS, INC. |
| Attorneys for Plaintiff | |
| EDWINA BAILEY | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  6-17-2021

2

CLAC 5606439.1