

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:    (866) 412-6992

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWINA BAILEY, individually,<br><br>  Plaintiff,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #358; KATIE WILSON; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.   2:20-cv-00328-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, the Parties, by and through their respective counsel of record, stipulate and agree that the current trial date of February 8, 2022 and all trial related deadlines be vacated and continued to July 5, 2022, or a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1.   Plaintiff's counsel has multiple unanticipated and, in many respects, unavoidable conflicts with the current trial date, including a trial setting in a capital murder case entitled *State*

of *Nevada v. Durwin Allen*, Case No. C-17-323628-1, and a negligence/products liability matter entitled *Kervin Osemwengie v. Las Vegas Razor Adventures, LLC, et al*, Case No. A-17-757540-C.

2. The *Allen* matter is a 2017 capital murder case with an in-custody defendant. On July 23, 2021, Judge Michael Villani continued the trial from September 20, 2021 to January 24, 2022. The trial is expected to go as presently scheduled and will last approximately two weeks.

3. The *Osemwengie* matter is a 2017 negligence/products liability case in which the plaintiff, Kervin Osemwengie ("Kervin") sustained spinal injuries in an off-roading accident, rendering him an incomplete quadriplegic. On January 15, 2021, Judge Mark Denton issued an Order setting trial on a four-week stack beginning on February 8, 2022.

4. Due to the trial settings in *Allen* and *Osemwengie*, a majority of counsel's time has and will be consumed litigating these matters. Each of these cases will continue to inhibit counsel's ability to sufficiently prepare for and proceed to trial in this case on the current February 8, 2022 setting.

5. The continuance requested herein is not sought for purposes of delay, but merely to accommodate the schedule of counsel and allow sufficient time to effectively prepare for trial in this matter.

DATED this 14th day of December, 2021

CHRISTIANSEN TRIAL LAWYERS
/s/ Keely A. Perdue

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
710 S. 7th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 14th day of December, 2021

COOPER LEVENSON, P.A.
/s/ Jerry S. Busby

JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 10911
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
*Attorneys for Defendant*

**ORDER**

IT IS THEREFORE ORDERED the jury trial date in the above-entitled matter currently scheduled for February 8, 2022 at 9:00 a.m. is vacated and continued to July 26, 2022 at 9:00 a.m. The Calendar Call currently scheduled for January 31, 2022 is vacated and continued to July 18, 2022 at 1:30 p.m.

IT IS FURTHER ORDERED that all trial briefs, proposed jury instructions, exhibit lists and witness lists are due by noon on July 18, 2022.

IT IS FURTHER ORDERED that all Motions in Limine are due by June 26, 2022. The procedure and rules regarding filing the motions are detailed in the pretrial order at ECF No. 60.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
Dated: January 4, 2022.