PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:      (866) 412-6992

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWINA BAILEY, individually,<br><br>Plaintiff,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #358; KATIE WILSON; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-00328-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE**<br><br>**(First Request)**<br><br>ECF Nos. 67, 68 |

   Plaintiff, Edwina Bailey, by and through her attorneys, Christiansen Trial Lawyers, and Defendant, Smith's Food & Drug Centers, Inc., by and through its attorneys, Cooper Levenson, P.A. (collectively the "Parties") enter into the following stipulation and proposed order to allow Plaintiff Edwina Bailey an extension of time in which to file an opposition to Defendant's Motions in Limine [ECF No. 67]. In particular, the Parties stipulate as follows:

   1. Defendant's Motions in Limine [ECF No. 67] was filed on September 16, 2022, with Plaintiff's Opposition thereto originally due on September 30, 2022.

2. Plaintiff's Counsel has had to dedicate substantial time to preparation for trial in a matter entitled *Estate of Juan Manuel Jimenez-Lopez v. CMC Steel Fabricators, Inc., et al.*, Case No. A-18-779263-C, Eighth Judicial District Court, Clark County, which is currently set to begin on October 10, 2022. Due to the trial setting in *Jimenez-Lopez*, a majority of Counsel's time has been consumed litigating that matter.

3. Accordingly, additional time is necessary for Plaintiff to file her Opposition to Defendant's Motions in Limine.

4. The Parties agree that the deadline for Plaintiff to oppose Defendant's Motions in Limine shall be extended from Friday, September 30, 2022, to Monday, October 3, 2022.

5. The Parties stipulate good cause exists for the agreed upon extension, which is made in good faith and not for purposes of delay.

| | |
|---|---|
| DATED this 29th day of September, 2022 | DATED this 29th day of September, 2022 |
| CHRISTIANSEN TRIAL LAWYERS | COOPER LEVENSON, P.A. |
| */s/ Keely P. Chippoletti* | */s/ Gregory A. Kraemer* |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 S. 7th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>GREGORY A. KRAEMER, ESQ.<br>Nevada Bar No. 10911<br>3016 West Charleston Blvd., Suite 195<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant* |

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's opposition to Defendant's Motions in Limine [ECF 67] currently due on September 30, 2022, be extended to October 3, 2022.

DATED: September 30, 2022

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

2