JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWINA BAILEY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #358; KATIE WILSON; THERISA RIDENOUR; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00328-JAD-VCF<br><br>**Stipulation and Order Dismissing Case**<br><br>ECF No. 94 |

WHEREAS, all parties and their counsel of record have agreed upon a full and final settlement of this case and all claims arising therefrom;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Keely P. Chippoletti, Esq. of CHRISTIANSEN TRIAL ATTORNEYS as counsel of record for Plaintiff EDWINA BAILEY as follows:

1. That the claims herein of Plaintiff EDWINA BAILEY against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

///

CLAC 7204483.1

That any remaining docketed deadlines in this case be vacated.

Respectfully submitted this 18th day of November, 2022.

| CHRISTIANSEN TRIAL ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| /s/ R. Todd Terry | /s/ Jerry S. Busby |
| R. TODD TERRY, ESQ.<br>Nevada Bar No. 006519<br>KEELY P. CHITPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 South Seventh Street<br>Las Vegas, Nevada 89101<br>(702) 240-7979<br>Attorneys for Plaintiff<br>EDWINA BAILEY | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Boulevard - Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

ORDER

Based on the parties' stipulation **[ECF No. 94]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 21, 2022

CLAC 7204483.1

2